ANN K. JOHNSTON (SBN 145022)
ajohnston@bergerkahn.com
TED A. SMITH (SBN 159986)
tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925
Tel:  (415) 891-3321  •  Fax: (415) 891-3322

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMA HONARCHIAN, an Individual; GEORGE HONARCHIAN, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, a Indiana corporation, and DOES 1 through 10, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL** <br><br> DATE ACTION FILED:  12/14/2017 <br> TRIAL DATE:            None |

TO THE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendant Hartford Casualty Insurance Company, hereinafter "Hartford", hereby removes to this Court, pursuant to 28 U.S.C. section 1441(b), the state court action described below.

1.     On December 14, 2017, Plaintiffs Ema Honarchian and George Honarchian filed an action, in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Ema Honarchian; George Honarchian vs. Hartford Casualty Insurance Company, and Does 1 through 10,* Case No.

BC686899. Hartford was first served with the Summons and Complaint on January 30, 2018. True and correct copies of documents from the Los Angeles County Superior Court file are attached as follows:

        Exhibit A.   Summons and Complaint;

        Exhibit B.   Civil Cover Sheet;

        Exhibit C.   Notice of Initial Case Status Conference;

        Exhibit D.   Answer to Complaint.

2.   This action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. section 1332, and is one which may be removed to this Court by Sentinel pursuant to 28 U.S.C. section 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs have claimed repair costs totaling $121,062.09, of which approximately $20,000 has been paid. Plaintiffs' complaint also pleads entitlement to attorney's fees and costs, punitive damages, and pre-judgment interest. (Complaint, Prayer).

3.   Plaintiffs were and are residents of Glendale, Los Angeles County, California. (Complaint, ¶¶ 1, 2 & 6).

4.   Defendant Hartford was, at the time of filing of this action, and still is, a corporation incorporated under the laws of the state of Indiana, with its principal place of business in the state of Connecticut.

5.   Plaintiffs have requested trial by jury.

DATED: March 1, 2018

                                BERGER KAHN
                                A Law Corporation

                                By: /s/*Ann K. Johnston*
                                           Ann K. Johnston
                                Attorneys for Defendant
                                Hartford Casualty Insurance Company

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of California that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of California, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On March 1, 2018, I served the foregoing **NOTICE OF REMOVAL** on the following individuals in the manner indicated:

| Attorneys for Plaintiffs | |
|---|---|
| Jeffrey Weber<br>jeff@briggsandalexander.com<br>Lev Zartarian<br>lev@briggsandalexander.com<br>Briggs & Alexander, APC<br>2390 E. Orangewood Avenue, Suite 530<br>Anaheim, CA  92806<br>Tel:  714-520-9250<br>Fax:  714-520-9248 | ☐ Via ECF<br>☒ Via U. S. Mail<br>☐ Via Overnight Mail<br>☐ Via Email<br>☐ Via Facsimile<br>☐ Via Hand Delivery |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2018, at Corte Madera, California.

s/*Marla Tom*
MARLA TOM

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925