# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMA HONARCHIAN, an Individual; GEORGE HONARCHIAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a Indiana corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:18-cv-01758-GW-JPRx<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>DATE ACTION FILED: 12/14/2017<br>TRIAL DATE: 2/26/2019 |

Pursuant to the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that this action, and each and every cause of action therein, is dismissed in its entirety with prejudice. Each Party will bear his, her or its own attorneys' fees and costs of suit in connection with this action.

DATED: October 19, 2018

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE